Name & Address:
Mary J. Eaton, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
meaton@willkie.com
Phone: (212) 728-8626; Fax: (212) 728-9626


FILED
CLERK, U.S. DISTRICT COURT
JAN 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Arista Records LLC, Atlantic Recording Corp;, et al., Plaintiff(s) v. Lime Wire LLC; Lime Group LLC; Mark Gorton; and M.J.G. Lime Wire Family Limited Partnership, Defendant(s). | CASE NUMBER: CV 10-9438 GW (PJWx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Mary J. Eaton__, of __Willkie Farr & Gallagher, LLP, 787 Seventh Ave., New York, NY 10019__
   *Applicant's Name*                *Firm Name / Address*

__(212) 728-8626__            __meaton@willkie.com__
   *Telephone Number*           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☑ Defendant
☐ Intervener or other interested person __Lime Wire LLC; Lime Group LLC; Mark Gorton; and M.J.G. Lime Wire Family Limited Partnership__

and the designation of __Michael S. Blanton, SBN 190148__
                            *Local Counsel Designee /State Bar Number*

of __445 S. Figueroa Street, Suite 3200, Los Angeles, California 90071__
           *Local Counsel Firm / Address*

__(213) 430-4777__            __mblanton@rrbllp.com__
   *Telephone Number*           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __1/12/11__         _____[signature]_____
                          U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE