1  Michael S. Blanton (SB# 190148)
   mblanton@rrbllp.com
2  ROBERTS, RASPE & BLANTON LLP
   Union Bank Plaza
3  445 South Figueroa Street
   Suite 3200
4  Los Angeles, California 90071
   Telephone: (213) 430-4777
5  Facsimile: (213) 430-4780

6  Mary Eaton (pro hac vice forthcoming)
   meaton@willkie.com
7  Dan C. Kozusko (admitted pro hac vice)
   dkozusko@willkie.com
8  WILLKIE FARR & GALLAGHER LLP
   787 Seventh Avenue
9  New York, New York 10019
   Telephone: (212) 728-8000
10
   Attorneys for Defendants Lime Wire LLC;
11 Lime Group LLC; Mark Gorton; and M.J.G.
   Lime Wire Family Limited Partnership
12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arista Records LLC; Atlantic Recording Corporation; BMG Music; Capitol Records, Inc.; Elektra Entertainment Group Inc.; Interscope Records; Laface Records LLC; Motown Record Company, L.P.; Priority Records LLC; Sony BMG Music Entertainment; UMG Recordings, Inc.; Virgin Records America, Inc.; and Warner Bros. Records Inc., <br><br> Plaintiff, <br><br> v. <br><br> Lime Wire LLC; Lime Group LLC; Mark Gorton; and M.J.G. Lime Wire Family Limited Partnership, <br><br> Defendants. | CASE NO.: 10-9438 GW (PJW) <br><br> **[PROPOSED] ORDER ON DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THEIR MOTION TO COMPEL NON-PARTY MYSPACE, INC. TO COMPLY WITH A CENTRAL DISTRICT SUBPOENA** <br><br> (United States District Court For the Southern District Of New York, Civil Action No.: 06 CV 5936 (KMW), Honorable Kimba M. Wood, U.S.D.J.) |

---

**[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED** *EX PARTE* **APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THEIR MOTION TO COMPEL MY SPACE, INC. TO COMPLY WITH A CENTRAL DISTRICT NON-PARTY SUBPOENA**

Defendants Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership's (collectively, "Defendants") Unopposed *Ex Parte* Application For An Order Shortening Time To Hear Their Defendants' Motion to Compel Non-Party MySpace, Inc. to Comply With a Central District Subpoena was submitted to this Court on January 10, 2011.

After consideration of the *ex parte* application and supporting declaration, IT IS HEREBY ORDERED that Defendants' *ex parte* application is GRANTED and that:

(1) the Motion shall be heard on January 24, 2011 at 1:30 p.m.; and

(2) Any supplemental memoranda of law pursuant to Local Rule 37-2.3 are to be filed no later than January 20, 2011.

DATED: January 12, 2011

_____
Honorable Patrick J. Walsh
United States Magistrate Judge
Central District of California

[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THEIR MOTION TO COMPEL NON-PARTY MYSPACE, INC. TO COMPLY WITH A CENTRAL DISTRICT SUBPOENA